**No. 10-5175. David Nguyen, Petitioner v. United States.**

562 U.S. 1140, 131 S. Ct. 897, 178 L. Ed. 2d 757, 2011 U.S. LEXIS 145.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 602 F.3d 886.